SEALED

BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED

DEC 29 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10MJ00362 SKO |
| Plaintiff, | ORDER RE: REQUEST TO SEAL DOCUMENTS |
| v. | |
| ELEAZAR ORTIZ GOMEZ, et al., | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Government's request to seal documents, this order, the criminal complaint in the above-captioned case and its supporting affidavit, and the arrest warrants issued thereon in this case shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court, until such time as the arrest warrants are executed and the defendants have their initial appearance on the criminal complaint in this case or until further order from the Court, except that copies of the arrest warrants issued in this case may be disclosed to the

1 | U.S. Marshal, and any other law enforcement agency assisting in the
2 | execution of the arrest warrants.
3 | Date: December 29, 2010

*Sheila K. Oberto*
SHEILA K. OBERTO
United States Magistrate Judge