1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America



FILED
DEC 3 0 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         ) CASE NO. 1:10-MJ-00362 SKO
                                     )
12                   Plaintiff,      )
                                     ) ORDER RE: REQUEST TO PARTIALLY
13      v.                           ) UNSEAL CRIMINAL COMPLAINT AND
                                     ) COMPLAINT AFFIDAVIT
14 ELEAZAR ORTIZ GOMEZ, et al.,      )
                                     )
15                   Defendants.     )

16

17      The criminal complaint and complaint affidavit having been
sealed by order of this Court on December 29, 2010 and it appearing
18
that there is no need for the criminal complaint or complaint
19
affidavit to remain under seal as to Defendants Eleazar Ortiz Gomez
20
and Victor Puga Quiroz,
21
        IT IS HEREBY ORDERED that the criminal complaint and complaint
22
affidavit be partially unsealed and filed in the redacted form
23
attached as Exhibit A to the Government's Request to Partially Unseal
24
Criminal Complaint and Complaint Affidavit.
25
Date: December 30, 2010
26                                        /s/ Sheila K. Oberto
                                          _____
27                                        SHEILA K. OBERTO
                                          United States Magistrate Judge
28

1