BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-mj-00362 SKO |
| | ) | |
| Plaintiff, | ) | **MOTION TO CONTINUE PRELIMINARY HEARINGS AS TO ELEAZAR ORTIZ GOMEZ AND VICTOR PUGA QUIROZ** |
| v. | ) | |
| | ) | Date: January 5, 2011 |
| | ) | Time: 1:30 p.m. |
| ELEAZAR ORTIZ GOMEZ, et al., | ) | Ctrm: 9 |
| | ) | Hon. Dennis L. Beck |
| Defendant. | ) | |

The United States of America applies to this Court for an order continuing Defendants Eleazar Ortiz Gomez and Victor Puga Quiroz's preliminary hearings from 1:30 p.m. on Friday, January 7, 2011, to 1:30 p.m. on Thursday, January 13, 2011. The requested preliminary hearing date is within the deadline set by Federal Rule of Criminal Procedure 5.1(c).

The Government anticipates that Defendants Gomez and Quiroz will be indicted by January 13, 2011, thereby vitiating the need for a preliminary hearing. Moreover, as of January 3, 2011, the undersigned understands that Defendants Gomez and Quiroz are currently in the process of having CJA panel counsel appointed to

1 represent them.  Thus, it is unlikely that newly-appointed
2 counsel would be prepared for a preliminary hearing set for
3 Friday, January 7, 2011.  For the above-stated reasons, the
4 United States requests that the preliminary hearing be continued
5 to Thursday, January 13, 2011 at 1:30pm.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: January 3, 2011       By: /s/ Henry Z. Carbajal III
                                 HENRY Z. CARBAJAL III
                                 Assistant U.S. Attorney
```

IT IS SO ORDERED.

Dated:  **January 6, 2011**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE