1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  HENRY Z. CARBAJAL
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7           IN THE UNITED STATES DISTRICT COURT FOR THE
8                   EASTERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,    ) CASE NO.  1:10-MJ-362 SKO
                                )
11          Plaintiff,           )
                                ) MOTION TO UNSEAL COMPLAINT; AND
12      v.                       ) ORDER
                                )
13 ELEAZAR ORTIZ GOMEZ, et al., )
                                )
14          Defendants.          )
15
16    The Complaint in this case, having been sealed by Order of
17 this Court, and it appears that it no longer need remain secret.
18    The United States of America, by and through Benjamin B.
19 Wagner, United States Attorney, and Henry Z. Carbajal, Assistant
20 United States Attorney, hereby moves that the Complaint in this
21 case be unsealed and made public record.
22 Dated: January 13, 2011
23                                  /s/ Henry Z. Carbajal
                                   HENRY Z. CARBAJAL
24                                 Assistant U. S. Attorney
       IT IS SO ORDERED.
25
       **Dated:  January 13, 2011**              **/s/ Dennis L. Beck**
26                                        UNITED STATES MAGISTRATE JUDGE
27
28

                                1